(Republished)

■ ROLLS TOOLS, LTD., Respondent, v. NAT HERMAN et al., Appellants, et al., Defendant. NAT HERMAN et al., Defendants and Third-Party Plaintiffs-Appellants, v. SAMUEL G. YOUNG, Third-Party Defendant.— Two orders of the Supreme Court, New York County, each entered on October 18, 1973, unanimously affirmed. Respondent shall recover of appellants $60 costs and disbursements of this appeal. No opinion. Settle order on notice fixing date for deposition. Concur — Stevens, P. J., Nunez, Murphy, Steuer and Capozzoli, JJ. [43 A D 2d 668.]